**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6030

MOSES FAISON,

          Plaintiff - Appellant,

     v.

VICKIE W. DEAL; CHARLES R. PINNIX,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:07-ct-03062-D)

Submitted:  April 24, 2008          Decided:  April 29, 2008

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Moses Faison, Appellant Pro Se.  James Philip Allen, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses Faison appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as barred by res judicata. In his informal appellate brief, Faison failed to address the district court's basis for dismissing his case. Therefore, Faison has waived appellate review of that issue. <u>See</u> 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>